AO 451 (Rev.12/93)  Certification of Judgment

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____GEORGIA_____

COLLINS BROTHERS CORPORATION
D/B/A COLLINS BROTHERS PRODUCE

V.

GRANDMART INTERNATIONAL FOOD GA
NO. 5, INC., GRANDMART GA NO. 5, LLC,
AND MIN SIK KANG

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:    **1:07-CV-2449-BBM**

I, _____JAMES N. HATTEN_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action _____01/24/2008_____, as it
                                                                                                                                    Date
appears in the records of this court, and that

\*  no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

Case: 1:08-mc-00105
Assigned To : Unassigned
Assign. Date : 3/3/2008
Description: Miscellaneous

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

_____February 25, 2008_____
                Date

**JAMES N. HATTEN**
_____
Clerk

_____
(By) Deputy Clerk

---

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)



Fee Pd
$39.00

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

## EXEMPLIFICATION CERTIFICATE

I, __James N. Hatten__, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents: Default Judgment Prepared, Filed, and Entered in the Clerk's Office January 24, 2008 in civil action number 1:07-cv-2449-BBM

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at __Atlanta__ on __February 21, 2008__
City                                                                        Date

__James N. Hatten__
Clerk                                                (By) Deputy Clerk

I, __Beverly B. Martin__, a Judicial Officer of this Court certify that __James N. Hatten__, named above, is and was on the date Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, the attestation of the record, are in accordance with the laws of the United States.

__February 21, 2008__                                __Beverly B. Martin__
Date                                                      Signature of Judicial Officer

United States District Judge
Title

I, __James N. Hatten__, Clerk of this United States District Court, keeper of the seal, certify that the Honorable __Beverly B. Martin__,
Judicial Officer
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at __Atlanta__ in this State, on __February 21, 2008__
City                                                                        Date

__Luther D. Thomas__
Clerk                                                (By) Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COLLINS BROTHERS CORPORATION, D/B/A COLLINS BROTHERS PRODUCE, <br><br> Plaintiff, <br><br> vs. <br><br> GRANDMART INTERNATIONAL FOOD GA NO. 5, INC.; GRANDMART GA NO. 5, LLC; and MIN SIK KANG, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:07-cv-2449-BBM |

### DEFAULT JUDGMENT

The defendant(s) GRANDMART INTERNATIONAL FOOD GA NO. 5, INC.; GRANDMART GA NO. 5, LLC; and MIN SIK KANG, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Beverly B. Martin, United States District Judge, by order of January 24, 2008, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiff COLLINS BROTHERS CORPORATION, D/B/A COLLINS BROTHERS PRODUCE, recover from the defendant(s) GRANDMART INTERNATIONAL FOOD GA NO. 5, INC.; GRANDMART GA NO. 5, LLC; and MIN SIK KANG, jointly and severally the total amount of $56,760.80.

Dated at Atlanta, Georgia this 24th day of January, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: s/Emily Bulat
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
January 24, 2008
James N. Hatten
Clerk of Court

By: s/Emily Bulat
Deputy Clerk

CERTIFICATION
CM/ECF DOCUMENT

I hereby attest and certify [...] is a true and correct printed [...] which was electronically filed with the United States District Court for the Northern District of Georgia.

Date Filed: 1/24/2008

By: [signature], Deputy Clerk
Clerk of Court
James N. Hatten

FEB 20 2008

Notice of Electronic Filing

The following transaction was entered on 1/24/2008 at 3:55 PM EST and filed on 1/24/2008
Case Name:    Collins Brothers Corporation v. Grandmart International Food GA No. 5, Inc. et al
Case Number: 1:07-cv-2449
Filer:
Document Number:    16

Docket Text:
DEFAULT JUDGMENT entered in favor of Collins Brothers Corporation, d/b/a Collins Brothers Produce jointly and severally against Grandmart International Food GA No. 5, Inc., Grandmart GA No. 5, LLC, Min Sik Kang in the total amount of $56,760.80. (ekb)--Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist--

1:07-cv-2449 Notice has been electronically mailed to:

Robert Bermudez Campos    rcampos@lcsenlaw.com, emiller@lcsenlaw.com

Jeremy Alexander Moulton    jeremy@moultonfirm.com

George Frank Nason , IV    FNason@LCSSlaw.com

1:07-cv-2449 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1060868753 [Date=1/24/2008] [FileNumber=2230552-0
] [0a1997beb2b0cb31fd22373874cb2c2d2bcfc7cb6891180633bf6be527cb795d3a8
f7bb593875c334ede130cd19659c635a8aa2d9f1cbfa4c59e131499525e52]]

# LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.
ATTORNEYS AT LAW
ATLANTA FINANCIAL CENTER
EAST TOWER, SUITE 550
3343 PEACHTREE STREET NE
ATLANTA, GA 30326-1022

TELEPHONE (404) 262-7373
FACSIMILE (404) 262-9911

ROBERT B. CAMPOS                EMAIL: RCAMPOS@LCSENLAW.COM                DIRECT DIAL: (404) 495-4417

February 28, 2008

MC 08-105

**_Via Overnight Delivery_**
Clerk of Court
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    Registration of foreign judgment
             Collins Brothers Corp. v. Grandmart Int'l Food GA No. 5, Inc. et al.
             United States District Court for the Northern District of Georgia
             Case No.: 1:07-CV-2449-BBM.

Dear Madam or Sir:

       You are hereby requested to register promptly in your district pursuant to Title 28, Section 1963 of the United States Code a judgment rendered and entered in a civil action, Docket No. 1:07-CV-2449-BBM, by the United States District Court for the Northern District of Georgia, Atlanta Division, on January 24, 2008, in favor of Collins Brothers Corporation d/b/a Collins Brothers Produce (on whose behalf the registration is requested) and against Grandmart International Food GA No. 5, Inc., Grandmart GA No. 5, LLC, and Min Sik Kang. The judgment is for the recovery of money, as more fully shown by the enclosed certified copy of the judgment. The judgment is a final judgment in that no appeal was ever taken from the judgment and the time therefore has expired.

       You are requested to notify the undersigned, attorney for Collins Brothers Corporation d/b/a Collins Brothers Produce, at the address set out above as soon as the registration is effected in order that enforcement of the judgment in your district may be expedited.

       Enclosed herein are the requisite Form AO 451 Certification of Judgment, Form AO 132 Exemplification Certificate, certified copy of the judgment to be registered, and a check in the amount of $39.00 for fees for registering the judgment. If there is anything else you require, please let me know. Thank you for your assistance with this matter.

255892.doc

                                      Very truly yours,

                        LAMBERTH, CIFELLI, STOKES,
                           ELLIS & NASON, P.A.

                                      Robert B. Campos

RBC/rbc
Enclosures